**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 48 WM 2022 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CHARLES P. MCCULLOUGH, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2023, the Application for Leave to File Supplement is GRANTED, and the Petition for Extraordinary Relief and the Application for an Immediate Hearing are DENIED.

    Justice Wecht did not participate in the consideration or decision of this matter.